# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANASTASIA J. MAHONE, ESQ.,** as
Guardian ad Litem,
Appellant,

v.

**NICHOLAS ANTHONY STREIT** and
**HANNAH PEKAR,**
Appellees.

No. 4D2023-0879

[November 22, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caryn Siperstein, Judge; L.T. Case No. 50-2021-DR-003543-XXXX-MB.

Meaghan K. Marro of Marro Law, P.A., Plantation, for appellant.

No answer brief filed for appellees.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***